**90–795.** State, ex rel. Freeman, v. Morris. *Scioto County,* No. 90CA1875. Reported at 62 Ohio St.3d 107, 579 N.E.2d 702. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

**90–2353.** Genuine Parts Co. v. Limbach. Board of Tax Appeals, No. 88–A–321. Reported at 62 Ohio St.3d 93, 579 N.E.2d 486. On motion for rehearing. Rehearing denied.

**91–1385.** State v. Ellis. *Montgomery County,* No. CA 12129. Reported at 62 Ohio St.3d 106, 579 N.E.2d 701. On motion for rehearing. Rehearing denied.

**91–1441.** Demetry v. Kim. *Franklin County,* No. 90AP–1321. Reported at 62 Ohio St.3d 1446, 579 N.E.2d 491. On motion for rehearing. Rehearing denied.

HOLMES and WRIGHT, JJ., dissent.

**91–1576.** State v. Norris. *Shelby County,* No. 17–89–7. Reported at 62 Ohio St.3d 1445, 579 N.E.2d 490. On motion for rehearing. Rehearing denied.

DOUGLAS and H. BROWN, JJ., dissent.

**91–1637.** Huff v. Huff. *Hamilton County,* No. C–900438. Reported at 62 Ohio St.3d 1453, 579 N.E.2d 1392. On motion for rehearing. Rehearing denied.

**91–1653.** Diakonis v. Reno. *Lucas County,* No. L–89–354. Reported at 62 Ohio St.3d 1456, 579 N.E.2d 1394. On motion for rehearing. Rehearing denied.

HOLMES, J., dissents.

## DISCIPLINARY DOCKET

**91–856.** Mahoning Cty. Bar Assn. v. Davis. Richard T. Davis is found in contempt for failure to pay costs; the order is placed in his file. Respondent shall not be reinstated to the practice of law until his costs are paid in full.